AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Sepesko<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)        3:20MJ1039(SALM)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 18, 2020__ in the county of __New Haven__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 876(c) | Mailing a communication containing a threat to injure the person of the addressee or another |
| 18 U.S.C. § 1038(a)(1) | Conveying false information and hoax |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

SOUVLIS.JOHN.F▮
2020.12.04 09:24:08 -05'00'

*Complainant's signature*

John T. Souvlis, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/04/2020

Sarah A. L. Merriam, U.S.M.J.   Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.12.04 13:08:42 -05'00'

*Judge's signature*

City and state: New Haven, Connecticut

Hon. Sarah A.L. Merriam, USMJ

*Printed name and title*